Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>~~STIPULATION AND~~ **ORDER EXTENDING TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS AND COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 11 & 12)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.	On October 30, 2020, Fidelity filed its motion to dismiss (ECF No. 4);

2.	On November 12, 2020, U.S. Bank filed its opposition to motion to dismiss and

countermotion for partial summary judgment (ECF Nos. 11 & 12.);

3. Fidelity's deadline to respond to respond to the opposition to motion to dismiss and countermotion for partial summary judgment is currently November 19, 2020;

4. Fidelity requests a brief extension of time to respond to U.S. Bank's motion, up to and including December 3, 2020, to afford Fidelity additional time to respond to the legal arguments set forth in U.S. Bank's motions;

5. U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to respond to U.S. Bank's opposition to motion to dismiss and countermotion for partial summary judgment (ECF Nos. 11 & 12) is hereby extended through and including December 3, 2020.

Dated:  November 17, 2020        SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  November 17, 2020        WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  20th  day of  November , 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

