```
 1  WRIGHT, FINLAY & ZAK, LLP
    Darren T. Brenner, Esq.
 2  Nevada Bar No. 8386
    Lindsay D. Dragon, Esq.
 3  Nevada Bar No. 13474
    7785 W. Sahara Ave., Suite 200
 4  Las Vegas, NV 89117
 5  (702) 637-2345; Fax: (702) 946-1345
    dbrenner@wrightlegal.net
 6  ldragon@wrightlegal.net
 7  Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank
    of America, National Association as Successor by Merger to LaSalle Bank National Association,
 8  as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed
    Certificates, Series 2005-HE6
 9
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF No. 45]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 ("U.S. Bank") and Defendant Fidelity National Title Insurance

Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 22, 2023, Fidelity filed a Motion to Dismiss [ECF No. 45];
2. U.S. Bank's deadline to respond to Fidelity's Motion to Dismiss is currently June 5, 2023;
3. U.S. Bank's counsel is requesting a brief seven-day extension until Monday, June 12, 2023, to file its response to the pending Motion to Dismiss;
4. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in the pending Motions;
5. Counsel for Fidelity does not oppose the requested extension;
6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of June, 2023. | DATED this 5th day of June, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Dragon | /s/ Kevin Sinclair |
| Lindsay D. Dragon, Esq. | Kevin Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____
UNITED STATES DISTRICT COURT JUDGE