WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF No. 45]**<br><br>**(Third Request)** |

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 ("U.S. Bank") and Defendant Fidelity National Title Insurance

Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 22, 2023, Fidelity filed a Motion to Dismiss [ECF No. 45];
2. U.S. Bank's deadline to respond to Fidelity's Motion to Dismiss is currently July 3, 2023 [ECF No. 55];
3. U.S. Bank's counsel is requesting a one (1) week extension until Monday, July 10, 2023, to file its response to the pending Motion to Dismiss;
4. This extension is requested to allow U.S. Bank additional time to review and finalize its response in light of the Fourth of July holiday;
5. Counsel for Fidelity does not oppose the requested extension;
6. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 3rd day of July, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin Sinclair*
Kevin Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: 07/05/2023

_____
UNITED STATES DISTRICT COURT JUDGE