Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 45, 61)**<br><br>**FIRST REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



---
1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY OPPOSE MOTION**

1. On May 22, 2023, Fidelity filed its motion to dismiss (ECF No. 45);

2. On July 17, 2023, U.S. Bank filed its opposition to Fidelity's motion (ECF No. 60) and filed a countermotion for partial summary judgment (ECF No. 61);

3. Fidelity requests a two-week extension of its deadline to oppose U.S. Bank's countermotion for partial summary judgment and a four-week extension of its deadline to reply in support of its motion to dismiss, through and including Monday, August 21, 2023 (such that Fidelity's reply and response shall both be due on that date), to afford Fidelity's counsel additional time to review and respond to U.S. Bank's opposition and countermotion;

4. Counsel for U.S. Bank does not oppose the requested extension;

5. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion to dismiss and respond to U.S. Bank's countermotion are hereby extended through and including Monday, August 21, 2023.

Dated: July 21, 2023           SINCLAIR BRAUN KARGHER LLP

                               By: */s/-Kevin S. Sinclair*
                                   KEVIN S. SINCLAIR
                                   Attorneys for Defendant
                                   FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: July 21, 2023           WRIGHT FINLAY & ZAK, LLP

                               By: */s/-Lindsay D. Dragon*
                                   LINDSAY D. DRAGON
                                   Attorneys for Plaintiff
                                   U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

   Dated this  27th   of   July  , 2023.

                               _____
                               KENT J. DAWSON
                               UNITED STATES DISTRICT JUDGE

