

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 45, 61)**<br><br>**SECOND REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

 1. On May 22, 2023, Fidelity filed its motion to dismiss (ECF No. 45);

---

1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**

2. On July 17, 2023, U.S. Bank filed its opposition to Fidelity's motion (ECF No. 60) and filed a countermotion for partial summary judgment (ECF No. 61);

3. On July 27, 2023, the Court granted the Parties first stipulation to continue the deadline on Fidelity's reply in support of motion to dismiss and opposition to countermotion such that both are currently due on August 21, 2023 (ECF No. 63);

4. Fidelity requests a three-week extension of its deadline to reply in support of its motion to dismiss and to oppose U.S. Bank's countermotion for partial summary judgment, through and including Monday, September 11, 2023 to afford Defendants' counsel additional time to review and respond to U.S. Bank's opposition and countermotion;

5. Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. This is the second request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion to dismiss and respond to U.S. Bank's countermotion are hereby extended through and including Monday, September 11, 2023.

Dated: August 15, 2023            SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: August 15, 2023            WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 21st day of August, 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

