WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01955-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIDELITY'S MOTION FOR SUMMARY JUDGMENT [ECF No. 72]** <br><br> **(Second Request)** |

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 ("U.S. Bank") and Defendant Fidelity National Title Insurance

Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 25, 2023, Fidelity filed a Motion for Summary Judgment [ECF No. 72] ("Motion");
2. U.S. Bank's deadline to respond to Fidelity's Motion is currently October 16, 2023;
3. On October 12, 2023, the Nevada Supreme Court issued its opinion in *Deutsche Bank National Trust Company v. Fidelity National Title Insurance Company*, Case No. 84161, 139 Nev. Ad. Rep. 45, 536 P.3d 915 (Nev. 2023) ("*Deutsche Bank* Opinion").
4. On October 30, 2023, the appellant filed a Petition for Rehearing in *Deutsche Bank*. The Petition for Rehearing was denied on November 13, 2023. The remittitur has not yet issued.
5. The *Deutsche Bank* Opinion addresses the arguments in this matter; however, U.S. Bank need additional time to analyze the *Deutsche Bank* Opinion in light of the recent denial of rehearing and determine next steps;
6. U.S. Bank's counsel is therefore requesting a thirty-day extension until Friday, December 15, 2023, to file its response to the pending Motion;
7. Counsel for Fidelity does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 15th day of November, 2023. | DATED this 15th day of November, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin Sinclair* |
| Lindsay D. Dragon, Esq. | Kevin Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: November 16, 2023

_____
UNITED STATES DISTRICT COURT JUDGE