

1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 45, 61)**<br><br>**FOURTH REQUEST** |

     COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

     1.    On May 22, 2023, Fidelity filed its motion to dismiss (ECF No. 45);

---

1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**

2. On July 17, 2023, U.S. Bank filed its opposition to Fidelity's motion (ECF No. 60) and filed a countermotion for partial summary judgment (ECF No. 61);

3. On August 21, 2023, the Court granted the Parties second stipulation to continue the deadline on Fidelity's reply in support of motion to dismiss and opposition to countermotion (ECF No. 67);

4. On September 8, 2023, the parties submitted a third stipulation to continue the deadline on Fidelity's reply in support of motion to dismiss and opposition to countermotion through and including September 25, 2023 (ECF No. 68);

5. The Court did not rule on the parties' third stipulation;

6. Fidelity requests an extension of its deadline to reply in support of its motion to dismiss and to oppose U.S. Bank's countermotion for partial summary judgment, through and including Monday, October 9, 2023 (which would be two weeks from the requested in the third stipulation), to afford Defendants' counsel additional time to review and respond to U.S. Bank's opposition and countermotion and because Monday, September 25, 2023 is Yom Kippur (which Fidelity's counsel observes);

7. Counsel for U.S. Bank does not oppose the requested extension;

8. This is the fourth request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

//
//
//
//
//
//
//
//
//
//

    **IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion to dismiss and respond to U.S. Bank's countermotion are hereby extended through and including Monday, October 9, 2023.

Dated: September 22, 2023            SINCLAIR BRAUN KARGHER LLP

By:   */s/-Kevin S. Sinclair*
      KEVIN S. SINCLAIR
      Attorneys for Defendant
      FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: September 22, 2023            WRIGHT FINLAY & ZAK, LLP

By:   */s/-Lindsay D. Dragon*
      DARREN T. BRENNER
      LINDSAY D. DRAGON
      Attorneys for Plaintiff
      U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

    Dated this   27   day of   November  , 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**