1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN KARGHER LLP
8  15260 Ventura Blvd., Suite 715
   Sherman Oaks, California 91403
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY
12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Janet Trost, Esq.
14 501 S. Rancho Drive
   Suite H-56
15 Las Vegas, Nevada 89106

16                **UNITED STATES DISTRICT COURT**

17                    **DISTRICT OF NEVADA**

18 US BANK NATIONAL ASSOCIATION,          Case No.: 2:20-CV-01955-KJD-VCF

19                Plaintiff,              **STIPULATION AND ORDER TO
                                         EXTEND TIME TO REPLY IN**
20        vs.                            **SUPPORT OF MOTION TO DISMISS
                                         AND OPPOSE COUNTERMOTION**
21 FIDELITY NATIONAL TITLE GROUP,        **FOR PARTIAL SUMMARY
   INC. et al.,                          JUDGMENT (ECF Nos. 45, 61)**
22
                Defendants.              **THIRD REQUEST**
23

24

25        COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and

26 plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys

27 of record, which hereby agree and stipulate as follows:

28        1.        On May 22, 2023, Fidelity filed its motion to dismiss (ECF No. 45);



---

1

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**

2.      On July 17, 2023, U.S. Bank filed its opposition to Fidelity's motion (ECF No. 60) and filed a countermotion for partial summary judgment (ECF No. 61);

3.      On August 21, 2023, the Court granted the Parties second stipulation to continue the deadline on Fidelity's reply in support of motion to dismiss and opposition to countermotion such that both are currently due on September 11, 2023 (ECF No. 67);

4.      Fidelity requests a two-week extension of its deadline to reply in support of its motion to dismiss and to oppose U.S. Bank's countermotion for partial summary judgment, through and including Monday, September 25, 2023, to afford Defendants' counsel additional time to review and respond to U.S. Bank's opposition and countermotion;

5.      Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**

SINCLAIR
BRAUN
KARGHER LLP

6.      This is the third request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion to dismiss and respond to U.S. Bank's countermotion are hereby extended through and including Monday, September 25, 2023.

Dated:  September 8, 2023                    SINCLAIR BRAUN KARGHER LLP

                                            By:   _/s/-Kevin S. Sinclair_____
                                                  KEVIN S. SINCLAIR
                                                  Attorneys for Defendant
                                                  FIDELITY NATIONAL TITLE INSURANCE
                                                  COMPANY

Dated:  September 8, 2023                    WRIGHT FINLAY & ZAK, LLP

                                            By:   _/s/-Lindsay D. Dragon_____
                                                  LINDSAY D. DRAGON
                                                  Attorneys for Plaintiff
                                                  U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  _27_  day of  _November_ , 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE MOTION**