```
1    WRIGHT, FINLAY & ZAK, LLP
     Darren T. Brenner, Esq.
2    Nevada Bar No. 8386
     Lindsay D. Dragon, Esq.
3    Nevada Bar No. 13474
     7785 W. Sahara Ave., Suite 200
4    Las Vegas, NV 89117
5    (702) 637-2345; Fax: (702) 946-1345
     dbrenner@wrightlegal.net
6    ldragon@wrightlegal.net
7    *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank
     of America, National Association as Successor by Merger to LaSalle Bank National Association,
8    as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed
     Certificates, Series 2005-HE6*
9
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01955-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIDELITY'S MOTION FOR SUMMARY JUDGMENT [ECF No. 72]** <br><br> **(Third Request)** |
|---|---|

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 ("U.S. Bank") and Defendant Fidelity National Title Insurance

Page 1 of 3

Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 25, 2023, Fidelity filed a Motion for Summary Judgment [ECF No. 72] ("Motion");
2. U.S. Bank's deadline to respond to Fidelity's Motion is currently December 15, 2023;
3. On October 12, 2023, the Nevada Supreme Court issued its opinions in *Deutsche Bank* and *PennyMac*.  *See Deutsche Bank*, 139 Nev. Ad. Rep. 45, 536 P.3d 915 (Nev. 2023); *PennyMac*, 2023 Nev. Unpub. LEXIS 732 (Oct. 12, 2023).  The remittitur in *PennyMac* was issued on November 6, 2023.
4. On October 30, 2023, the appellant filed a Petition for Rehearing in *Deutsche Bank*.  The Petition for Rehearing was denied on November 13, 2023, and the Court issued the remittitur in *Deutsche Bank* on December 8, 2023.
5. U.S. Bank, and its counsel, are inventorying and analyzing whether and which cases should be dismissed as a result of *Deutsche Bank.*  Several matters have already been dismissed or are in that process. It remains possible that the Parties can negotiate a dismissal without expending additional resources.
6. U.S. Bank's counsel is therefore requesting a thirty-one day extension until Monday, January 15, 2024, to file its response to the pending Motion;
7. Counsel for Fidelity does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 15th day of December, 2023. | DATED this 15th day of December, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Dragon | /s/ Sophia S. Lau |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* | Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: 12/18/2023

_____
UNITED STATES DISTRICT COURT JUDGE