WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01955-KJD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIDELITY'S MOTION FOR SUMMARY JUDGMENT [ECF No. 72]**<br><br>**(Fourth Request)** |

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE6 ("U.S. Bank") and Defendant Fidelity National Title Insurance

Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 25, 2023, Fidelity filed a Motion for Summary Judgment [ECF No. 72] ("Motion");
2. U.S. Bank's deadline to respond to Fidelity's Motion is currently January 15, 2023[1] [ECF No. 82];
3. On October 12, 2023, the Nevada Supreme Court issued its opinions in *Deutsche Bank* and *PennyMac*. *See Deutsche Bank*, 139 Nev. Ad. Rep. 45, 536 P.3d 915 (Nev. 2023); *PennyMac*, 2023 Nev. Unpub. LEXIS 732 (Oct. 12, 2023). The remittitur in *PennyMac* was issued on November 6, 2023.
4. On October 30, 2023, the appellant filed a Petition for Rehearing in *Deutsche Bank*. The Petition for Rehearing was denied on November 13, 2023, and the Court issued the remittitur in *Deutsche Bank* on December 8, 2023.
5. U.S. Bank, and its counsel, are still inventorying and analyzing whether and which cases should be dismissed as a result of *Deutsche Bank*. Several matters have already been dismissed or are in that process. It remains possible that the Parties can negotiate a dismissal without expending additional resources. However, U.S. Bank's counsel is set to go out on maternity leave beginning the week of January 16, 2024 and has recently been out of office due to pregnancy-related issues.
6. U.S. Bank's counsel is therefore requesting a thirty day extension until Wednesday, February 14, 2024, to file its response to the pending Motion;
7. Counsel for Fidelity does not oppose the requested extension;

/ / /

/ / /

/ / /

---

[1] January 15, 2024 is an observed holiday.

8. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 12th day of January, 2024. | DATED this 12th day of January, 2024. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Dragon<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff* | /s/ Sophia S. Lau<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: 01/12/2024

_____
UNITED STATES DISTRICT COURT JUDGE
KENT J. DAWSON