1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
8  SINCLAIR BRAUN KARGHER LLP
   15260 Ventura Blvd., Suite 715
9  Sherman Oaks, California 91403
   Telephone:  (213) 429-6100
10 Facsimile:  (213) 429-6101

11 Attorneys for Defendant
   FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
14 Janet Trost, Esq.
   501 S. Rancho Drive
   Suite H-56
15 Las Vegas, Nevada 89106

16                          **UNITED STATES DISTRICT COURT**

17                               **DISTRICT OF NEVADA**

18

19 | US BANK NATIONAL ASSOCIATION, | Case No.: 2:20-CV-01955-KJD-VCF |
20 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF No. 72)** |
21 | vs. | |
22 | FIDELITY NATIONAL TITLE GROUP, INC., | **FIRST REQUEST** |
23 | | |
24 | Defendants. | |

25

26      COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and

27 plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys

28 of record, which hereby agree and stipulate as follows:



1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY**

1. On September 25, 2023, Fidelity filed a motion for summary judgment (ECF No. 72);

2. On February 14, 2024, U.S. Bank filed its opposition to Fidelity's motion (ECF No. 89) and filed a countermotion for partial summary judgment (ECF No. 90);

3. Fidelity requests a one-week extension of its deadline to reply in support of its motion for summary judgment, through and including Wednesday, March 6, 2024 (such that Fidelity's reply to its motion and opposition to U.S. Bank's countermotion shall both be due on that date), to afford Fidelity's counsel additional time to review and respond to U.S. Bank's opposition and countermotion;

4. Counsel for U.S. Bank does not oppose the requested extension;

5. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion for summary judgment is hereby extended through and including Wednesday March 6, 2024.

Dated: February 28, 2024         SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: February 28, 2024         WRIGHT FINLAY & ZAK, LLP

By: _/s/-Yanxiong Li_
YANXIONG LI
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 28th day of February, 2024.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

