Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.,<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 72, 90)**<br><br>**SECOND REQUEST** |



1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE**



1  COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and
2  plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys
3  of record, which hereby agree and stipulate as follows:
4  1. On September 25, 2023, Fidelity filed a motion for summary judgment (ECF No.
5  72);
6  2. On February 14, 2024, U.S. Bank filed its opposition to Fidelity's motion (ECF
7  No. 89) and filed a countermotion for partial summary judgment (ECF No. 90);
8  3. Fidelity requests a two-week extension of its deadline to reply in support of its
9  motion for summary judgment and oppose the countermotion for partial summary judgment,
10 through and including Wednesday, March 20, 2024, to afford Fidelity's counsel additional time
11 to review and respond to U.S. Bank's opposition and countermotion;
12 4. Counsel for U.S. Bank does not oppose the requested extension;
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE**

5. This is the second request for an extension made by counsel for Fidelity, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its motion for summary judgment is hereby extended through and including Wednesday March 20, 2024.

Dated: March 5, 2024                SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: March 5, 2024                WRIGHT FINLAY & ZAK, LLP

By: _/s/-Yanxiong Li_
YANXIONG LI
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __6th__ day of __March__, 2024.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

