Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. AND FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.<br><br>Defendants. | Case No.: 2:20-CV-01955-KJD-VCF<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff U.S. Bank National Association and defendants Fidelity National Title Group, Inc., and Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  April 22, 2024                           SINCLAIR BRAUN KARGHER LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated:  April 22, 2024                           WRIGHT FINLAY & ZAK LLP

By:  /s/-Yangxiong Li
YANXIONG LI
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

DATE: 04/22/2024

_____
THE HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

